THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVON RICARDO GORDON, | NO. 25-cv-682 JNW-MLP |
| Petitioner, | |
| v. | STIPULATED DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS UNDER RED. R. CIV. P. 41(a)(1)(A)(ii) |
| PAMELA BONDI, Attorney General of the United States; *et al.*, | |
| Respondents. | |

Petitioner Javon Ricardo Gordon, through Assistant Federal Defender Gregory Murphy, and Acting United States Attorney Teal L. Miller and Assistant United States Attorney Michelle Lambert, jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. Petitioner has been deported, making his habeas petition challenging the calculation of his release date moot.

DATED this 16th day of September, 2025.

Respectfully submitted,

Teal Luthy Miller
Acting United States Attorney

s/ *Michelle R. Lambert*
Michelle R. Lambert, NYS 4666657
Assistant United States Attorney
Western District of Washington

s/ *Gregory T. Murphy*
Gregory T. Murphy, WSBA No. 36733
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Gordon v. Bondi, et.al*, C15-682-JNW-MLP) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 428-3800
E-mail: michelle.lambert@usdoj.gov

Seattle, WA 98101
Phone: 206-553-1100
E-mail: gregory_murphy@fd.org

*Attorney for Petitioner*

*Attorneys for Respondents*

ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that this case is dismissed with prejudice and without an award of fees and costs to either party.

Dated this 17th day of September, 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Gregory T. Murphy*
Assistant Public Defender
Attorney for Javon Gordon

/s/ *Michelle R. Lambert*
Assistant United States Attorney
Attorney for Respondents

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Gordon v. Bondi, et.al*, C15-682-JNW-MLP) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100